Steven Edward **SNIPES**, Petitioner–Appellant,

v.

Theodis **BECK**, Secretary, North Carolina Department of Corrections, Respondent–Appellee.

No. 02–6877.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 18, 2002.

Decided Dec. 13, 2002.

Steven Edward Snipes, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILLIAM D. WILKINS, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Steven Edward Snipes seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Snipes has not made a substantial showing of the denial of a constitutional right. *See Snipes v. Beck,* No. CA–01–983–1 (M.D.N.C. filed May 13, 2002; entered May 14, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*